UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FRANK A. FARRICKER,                           ECF CASE

                    Plaintiff,                07 Civ. 11191 (DAB)

        - against -

                                              ACKNOWLEDGMENT OF
PENSON DEVELOPMENT, INC.,                      SERVICE

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that, I, Carol M. Goodman, Esq., Herrick, Feinstein LLP,

2 Park Avenue, New York, New York, am authorized to accept service of process in the above-

captioned action for defendant Penson Development, Inc.  I accepted service of the Summons and

Complaint for defendant, as well as the Individual Practices of Judge Deborah A. Batts and

Magistrate Judge Andrew J. Peck, the Southern District of New York Third Amended Instructions

for Filing an Electronic Case or Appeal, the Southern District of New York Guidelines for

Electronic Case Filing, and the Southern District of New York Procedures for Electronic Case

Filing.

Dated: New York, New York
      December 19, 2007

                                   _____
                                   Carol M. Goodman, Esq.
                                   Counsel for Defendant
                                   Herrick, Feinstein LLP
                                   2 Park Avenue
                                   New York, New York 10016