16 Jan 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANK A. FARRICKER,

    Plaintiff,    Index No. 07 CIV 11191 (DAB)

  vs.

PENSON DEVELOPMENT, INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SECOND STIPULATION REGARDING TIME FOR DEFENDANT PENSON DEVELOPMENT, INC. TO ANSWER OR OTHERWISE RESPOND

  It is hereby STIPULATED and agreed, by and between the undersigned counsel for Plaintiff Frank A. Farricker ("Farricker") and Defendant Penson Development, Inc. ("Penson"), that:

  1. Counsel for Farricker and Penson entered into a stipulation dated December 18, 2007, extending Penson's time to answer, move or otherwise respond to the Complaint to January 16, 2008. Such stipulation was so-ordered by the Honorable Deborah A. Batts on December 20, 2007.

  2. Counsel has agreed to extend Penson's time to answer, move, or otherwise respond to the Complaint by one week, and that such response shall be filed on or before January 23, 2008.

  3. This Stipulation may be executed using facsimile and/or PDF counterpart signatures and such signatures shall have the same force and effect as the original signatures.

HF 3933691v.1 #13364/0001

Dated: January 15, 2007

| VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C. | HERRICK FEINSTEIN LLP |
|---|---|
| *signature* | *signature* |
| Debra L. Raskin<br>1501 Broadway<br>New York, New York 10036<br>(212) 318-6000<br>draskin@Vladeck.com | Carol M. Goodman<br>Christopher P. Greeley<br>2 Park Avenue<br>New York, NY 10016<br>(212) 592-1400<br>cgoodman@herrick.com |
| *Attorneys for Plaintiff Frank A. Farricker* | *Attorneys for Defendant Penson Development, Inc.* |

BY THE COURT:

APPROVED: *signature*
BATTS, J.
16 Jan 2008

2