Jamie M. Brickell
Suyin So
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Penson Development, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FRANK FARRICKER,                          :     ECF Case
                                          :
                        Plaintiff,        :     Civil Action No:
                                          :     07-CV-11191 (DAB)
        v.                                :
                                          :     STIPULATION AND
                                          :     (PROPOSED) ORDER
PENSON DEVELOPMENT, INC.,                 :     SUBSTITUTING COUNSEL
                                          :
                        Defendant.        :
----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned that Pryor Cashman LLP is hereby substituted for Herrick, Feinstein LLP as attorneys of record for Defendant Penson Development, Inc. in the above-captioned action.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, and that facsimile or electronic/PDF signatures herein shall have the same force and effect as original signatures.

Dated: New York, New York
       January 17, 2008

By: _____          By: _____
    Carol M. Goodman                       Jamie M. Brickell
    Christopher P. Greeley                 Suyin So
Herrick, Feinstein LLP                  Pryor Cashman LLP
2 Park Avenue                           410 Park Avenue
New York, New York 10016                New York, New York 10022

(212) 592-1400  
cgoodman@herrick.com  
cgreeley@herrick.com

(212) 421-4100  
jbrickell@pryorcashman.com  
sso@pryorcashman.com

PENSON DEVELOPMENT, INC.

By: _____  
Edward Penson  
President & CEO  
Penson Development, Inc.  
275 Madison Avenue  
New York, New York 10017

SO ORDERED:

_____  
Hon. Deborah A. Batts, U.S.D.J.  
1/28/08