Jamie M. Brickell
Suyin So
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Penson Development, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :    ECF Case
FRANK FARRICKER,                                                  :
                                                                  :    Civil Action No:
                Plaintiff,                                :    07-CV-11191 (DAB)
                                                                  :
      v.                                                        :    **NOTICE OF**
                                                                  :    **APPEARANCE**
PENSON DEVELOPMENT, INC.,                                         :
                                                                  :
                Defendant.                                :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as co-counsel in this case for defendant Penson Development, Inc. and requests that copies of all notices and other papers in this case be sent to:

    Jamie Brickell, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.

    E-mail address: jbrickell@pryorcashman.com

    The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       February 21, 2008

                                     PRYOR CASHMAN LLP

                                     By: _____
                                          Jamie M. Brickell
                                   jbrickell@pryorcashman.com
                                   410 Park Avenue
                                   New York, New York 10022
                                   (212) 421-4100
                                   *Attorneys for Penson Development, Inc.*

#674378 v1

To:   VLADECK, WALDMAN, ELIAS & ENGLEHARD, P.C.
      Debra Raskin, Esq.
      1501 Broadway
      New York, NY 10036
      (212) 403-7300

#674378 v1