Jamie M. Brickell
Suyin So
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Penson Development, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANK FARRICKER,

        Plaintiff,

v.

PENSON DEVELOPMENT, INC.,

        Defendant.
------------------------------------------------------------------X

ECF Case

Civil Action No:
07-CV-11191 (DAB)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as co-counsel in this case for defendant Penson Development, Inc. and requests that copies of all notices and other papers in this case be sent to:

    Suyin So, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.

    E-mail address: sso@pryorcashman.com

    The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
       February 21, 2008

                                      PRYOR CASHMAN LLP

                                      By: _____
                                              Suyin So
                                      sso@pryorcashman.com
                                      410 Park Avenue
                                      New York, New York 10022
                                      (212) 421-4100
                                      *Attorneys for Penson Development, Inc.*

#674378 v1

To:   VLADECK, WALDMAN, ELIAS & ENGLEHARD, P.C.
      Debra Raskin, Esq.
      1501 Broadway
      New York, NY 10036
      (212) 403-7300

#674378 v1