Jamie M. Brickell
Suyin So
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Penson Development, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| FRANK FARRICKER, | ECF Case |
| Plaintiff, | Civil Action No: 07-CV-11191 (DAB) |
| v. | **NOTICE OF MOTION** |
| PENSON DEVELOPMENT, INC., | Oral Argument Requested |
| Defendant. | |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed Affirmation of Jamie M. Brickell and the exhibits annexed thereto, together with the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Deborah A. Batts, in Room 2510 at the United States Courthouse at 500 Pearl Street, New York, New York 10007, on April 8, 2008, or as soon thereafter as counsel can be heard, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Amended Complaint dated January 30, 2008 in its entirety, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to stipulation of the parties, answering papers, if any, shall be served on or before March 28, 2008;

PLEASE TAKE FURTHER NOTICE, that pursuant to stipulation of the parties, reply papers, if any, shall be served on or before April 4, 2008.

Dated: New York, New York
February 29, 2008

                                        PRYOR CASHMAN LLP

                                        By: /s/ Jamie M. Brickell
                                        Jamie M. Brickell
                                        jbrickell@pryorcashman.com
                                        Suyin So
                                        sso@pryorcashman.com
                                        410 Park Avenue
                                        New York, New York 10020
                                        (212) 421-4100
                                        *Attorneys for Penson Development, Inc.*

TO:   VLADECK, WALDMAN, ELIAS & ENGLHARD, P.C.
      Debra Raskin, Esq.
      Jeremeiah Iadevaia, Esq.
      1501 Broadway
      New York, New York 10036
      (212) 316-6000
      *Attorneys for Plaintiff*