UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

FRANK A. FARRICKER,

        Plaintiff,                      07 Civ. 11191 (DAB)

    - against -                        ECF CASE

PENSON DEVELOPMENT, INC.,

        Defendant.

------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel for plaintiff herein.

Dated: New York, New York
       April 4, 2008

                                      VLADECK, WALDMAN, ELIAS &
                                        ENGELHARD, P.C.

                By:    _____
                          Jeremiah J. Iadevaia (JI 7814)
                          Attorneys for Plaintiff
                          1501 Broadway, Suite 800
                          New York, New York 10036
                          (212) 403-7300
                          jiadevaia@vladeck.com

249161 v1